| PROB 22<br>(Rev. 2/88)<br><br>**TRANSFER OF JURISDICTION**<br>RECEIVED | DOCKET NUMBER *(Tran. Court)*<br>05-00006-001 |
|---|---|
| | DOCKET NUMBER *(Rec. Court)*<br>2:07CM-1378-WKW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>2007 NOV 19 PM 5 3<br><br>Hinton Lee Short<br><br>DEBRA P. HACKETT<br>U.S. DISTRICT COURT<br>MIDDLE DISTRICT ALA | DISTRICT<br><br>Southern District of Alabama | DIVISION<br><br>Mobile |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>Callie V.S. Granade | |
| | DATES OF PROBATION/SUPERVISED<br>RELEASE: | FROM<br>4-06-2007 | TO<br>4-05-2012 |

| OFFENSE<br><br>Theft, Embezzlement or Misapplication of Funds or Credits by a Bank Employee |
|---|

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>"SOUTHERN DISTRICT OF ALABAMA"</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Oct. 11, 2007
_____
Date

*Callie V.S. Granade*
_____
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA (Dothan)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10·31·07
_____
Effective Date

_____
United States District Judge

37