AO 245B (Rev. 12/03) Judgment in a Criminal Case: Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| **HINTON LEE SHORT** | CASE NUMBER: **1:05-CR-00006-001** |
| | USM NUMBER: **08957-003** |
| **THE DEFENDANT:** | Fred W. Tiemann, Esquire |
| | Defendant's Attorney |

(X) pleaded guilty to count _2 of the Indictment on 5/25/2005_ .
( ) pleaded nolo contendere to count(s) __ which was accepted by the court.
( ) was found guilty on count(s) __ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count No.(s) |
|---|---|---|---|
| 18 U.S.C. § 656 | Theft, embezzlement or misapplication of funds or credits by a bank employee. | 03/20/2002 | 2 |

The defendant is sentenced as provided in pages 2 through _6_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

( )  The defendant has been found not guilty on count(s) __.
(X)  Count _1_ is dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

August 25, 2005
Date of Imposition of Judgment

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

September 14, 2005
Date

> Certified to be a true and correct copy of the original.
> Charles R. Diard, Jr.
> U.S. District Court
> Southern District of Alabama
> By _Clairе Roberts_
> Deputy Clerk
> Date _11-14-07_

Judgment 2

AO 245B (Rev. 12/03) Judgment in a Criminal Case: Sheet 2 - Imprisonment

Defendant: **HINTON LEE SHORT**
Case Number: **1:05-CR-00006-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total **term of TWENTY-FOUR (24) MONTHS as to Count 2**.

(X)   The court makes the following recommendations to the Bureau of Prisons: **that the defendant be imprisoned at an institution where a residential, comprehensive, substance abuse treatment program is available, and that he be incarcerated at a facility as close to his family in Andalusia, Alabama as possible.**

( )   The defendant is remanded to the custody of the United States Marshal.

( )   The defendant shall surrender to the United States Marshal for this district:
   ( )   at _____ a.m./p.m. on _____.
   ( )   as notified by the United States Marshal.

(X)   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ( )   before 2 p.m. on _____.
   (X)   as notified by the United States Marshal.
   ( )   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____ at _____
with a certified copy of this judgment.

          __UNITED STATES MARSHAL__

          By_____
              Deputy U.S. Marshal

Judgment 3

AO 245B (Rev. 12/03) Judgment in a Criminal Case: Sheet 3 - Supervised Release

Defendant: **HINTON LEE SHORT**
Case Number: **1:05-CR-00006-001**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **5 years**.

(X) **Special Conditions: 1) The defendant shall participate in a program of testing and treatment for drug and/or alcohol abuse as directed by the Probation Office; 2) the defendant is prohibited from making major purchases, incurring new credit charges, or opening additional lines of credit without approval of the Probation Officer, until such time as the financial obligations imposed by this court have been satisfied in full; 3) the defendant shall provide the Probation Office access to any requested financial information; and 4) the defendant shall make restitution as set forth on Sheets 5, Part A & 5, Part B of this Judgment.**

> *For offenses committed on or after September 13, 1994:* The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

( )   The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable)

( )   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable)

( )   The defendant shall participate in an approved program for domestic violence. (Check, if applicable)

(X)   **The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment. The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

**The defendant shall not commit another federal, state or local crime.**
**The defendant shall not illegally possess a controlled substance.**
**The defendant shall comply with the standard conditions that have been adopted by this court (Probation Form 7a).**
**The defendant shall also comply with the additional conditions on the <u>attached page</u> (if applicable).**

---

**See Page 4 for the
"STANDARD CONDITIONS OF SUPERVISION"**

Judgment 4

AO 245B (Rev. 12/03) Judgment in a Criminal Case: Sheet 3 - Supervised Release

Defendant: **HINTON LEE SHORT**
Case Number: **1:05-CR-00006-001**

# SUPERVISED RELEASE

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement;

14) the defendant shall cooperate, as directed by the probation officer, in the collection of DNA, if applicable, under the provisions of 18 U.S.C. §§ 3563(a)(9) and 3583(d) for those defendants convicted of qualifying offenses.

Judgment 5

AO 245B (Rev. 12/03) Judgment in a Criminal Case: Sheet 5, Part A - Criminal Monetary Penalties

Defendant: **HINTON LEE SHORT**
Case Number: **1:05-CR-00006-001**

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | **$100.00** | | **$134,829.00** |

( )   The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such a determination.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. **(or see attached)** However, pursuant to 18 U.S.C. § 3644(i), all non-federal victims must be paid in full prior to the United States receiving payment.

(X)   The defendant shall make restitution to the following payees in the amounts listed below.

| Name(s) and Address(es) of Payee(s) | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or % of Payment |
|---|---|---|---|
| United Bank<br>Attn: Robert Jones, President<br>Post Office Drawer 8<br>Atmore, AL 36504 | | $134,829.00 | |
| **TOTALS:** | $ _____ | $134,829.00 | |

(X)   If applicable, restitution amount ordered pursuant to plea agreement.   $134,829.00

( )   The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default, pursuant to 18 U.S.C. § 3612(g).

(X)   The court determined that the defendant does not have the ability to pay interest and it is ordered that:
  (X)   The interest requirement is waived for the  ( ) fine and/or   (X) restitution.
  ( )    The interest requirement for the   ( ) fine and/or   ( ) restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code,  for offenses committed on or after September 13, 1994 but before April 23, 1996.

Judgment 6

AO 245B (Rev. 12/03) Judgment in a Criminal Case: Sheet 5, Part B - Schedule of Payments

Defendant: **HINTON LEE SHORT**
Case Number: **1:05-CR-00006-001**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A     () Lump sum payment of $ __134,929.00__ due immediately, balance due

() not later than _____, or (X) in accordance with () C, () D, () E or (X) F below; or

B     () Payment to begin immediately (may be combined with () C, () D, () E or () F below); or

C     () Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D     () Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E     () Payment during the term of supervised release will commence within ___ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to ay at that time; or

F     (X) Special instructions regarding the payment of criminal monetary penalties: Restitution is due immediately and payable in full, and is to be paid through the Clerk, U.S. District Court. If full restitution is not immediately paid, any amount owing during a period of incarceration shall be subject to payment through the Bureau of Prison's Inmate Financial Responsibility Program. As a special condition of supervised release, the Probation Office shall pursue collection of any balance remaining at the time of release in installments to commence no later than 30 days after the date of release. If restitution is to be paid in installments, the court orders that the defendant make at least minimum monthly payments in the amount of $100.00; and further orders that interest shall not accrue on this debt. The defendant is ordered to notify the court of any material change in his ability to pay restitution. The Probation Office shall request the court to amend any payment schedule, if appropriate.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the clerk of court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

()     **Joint** and Several:

()     The defendant shall pay the cost of prosecution.

()     The defendant shall pay the following court cost(s):

()     The defendant shall **forfeit** the defendant's interest in the following property to the United States:

**Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest, (4) fine principal; (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.**



GSV

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

FILED IN OPEN COURT

JAN  2005

CHARLES R. DIARD, JR.
CLERK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | CRIMINAL NO. 05- 00006. CB |
| v. | * | USAO NO: 03R00071 |
| | * | |
| | * | |
| **HINTON LEE SHORT** | * | VIOLATIONS: |
| | * | 18 USC § 656 |

Certified to be a true and correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By Clair Roberts
Deputy Clerk
Date 11-14-07

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT ONE**

From on or about February 4, 2002, and continuing through on or about February 11, 2002, in the Southern District of Alabama, Southern Division, the defendant,

**HINTON LEE SHORT**

being an officer, director, agent or employee of, or connected in a capacity with an institution or other covered entity, namely, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, with the intent to injure or defraud said institution, willfully misapplied, or embezzled, abstracted or purloined moneys, funds or credits of such institution or other entity. More specifically, **HINTON LEE SHORT**, being a loan officer of the United Bank of Monroeville, Alabama, with the intent to injure or defraud, willfully misapplied, or embezzled, abstracted or purloined moneys of said bank totaling approximately $60,000.00 by creating and altering loan documents which purported to lend said moneys to John Wiley Spann, but which he

converted for his personal use.

In violation of Title 18, United States Code, Section 656.

## COUNT TWO

From on or about March 6, 2002, and continuing through on or about March 20, 2002, in the Southern District of Alabama, Southern Division, the defendant,

### HINTON LEE SHORT

being an officer, director, agent or employee of, or connected in a capacity with an institution or other covered entity, namely, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, with the intent to injure or defraud said institution, willfully misapplied, or embezzled, abstracted or purloined moneys, funds or credits of such institution or other entity. More specifically, **HINTON LEE SHORT,** being a loan officer of the United Bank of Monroeville, Alabama, with the intent to injure or defraud, willfully misapplied, or embezzled, abstracted or purloined moneys of said bank totaling approximately $74,829.00 by creating and altering loan documents which purported to lend said moneys to Don Nelson, but which he converted for his personal use.

In violation of Title 18, United States Code, Section 656.

A TRUE BILL

*/s/ Charlene Anthony*

FOREMAN, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

2

DAVID P. YORK
UNITED STATES ATTORNEY
By

*/s/ GS Vann*
GINA S. VANN
Assistant U.S. Attorney

*/s/ Gregory A. Bordenkircher*
GREGORY A. BORDENKIRCHER
Assistant U.S. Attorney
Chief, Criminal Division

3

# U.S. District Court
## Southern District of Alabama (Mobile)
## CRIMINAL DOCKET FOR CASE #: 1:05-cr-00006-CG-B All Defendants
## Internal Use Only

Case title: USA v. Short

Date Filed: 01/27/2005
Date Terminated: 09/14/2005

Assigned to: Chief Judge Callie V. S. Granade
Referred to: Magistrate Judge Sonja F. Bivins

**Defendant**

**Hinton Lee Short** (1)
*TERMINATED: 09/14/2005*

represented by **Fred Tiemann**
Federal Defender's Office
Southern District of Alabama
2 S. Water St., 2nd Floor
Mobile, AL 36602
(334) 433-0910
Fax: 2514330686
Email: fred_tiemann@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

THEFT/EMBEZZLEMENT/MISAPPLICATION
BY BANK OFFICER
(2)

**Disposition**

Imprisonment: 24 months as to Count 2 w/recommendation to BOP that dft be imprisoned at an institution where a residential, comprehensive, substance abuse treatment program is available, & that dft be imprisoned as close to his family as possible; SRT: 5 years w/special conditions that (1) dft participate in a program of drug &/or alcohol testing & treatment as directed by the Prob Office; (2) that dft is prohibited from making major purchases, etc.; (3) that dft provide the Prob Office access to any requested

Certified to be a true and correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By_____ Deputy Clerk
Date 11-14-07

|   |   |
|---|---|
|   | financial information; & (4) that dft make restitution as set out; Restitution: $134,829.00 to United Bank to be paid as set out; SA: $100.00. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| THEFT/EMBEZZLEMENT/MISAPPLICATION BY BANK OFFICER (1) | Dismissed on motion of the government. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| USA | represented by | **Gina S. Vann** U.S. Attorney's Office 63 S. Royal St., Rm. 600 Mobile, AL 36602 (334) 441-5845 Fax: 2514415277 Email: gina.vann@usdoj.gov *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 01/27/2005 | 1 | INDICTMENT as to Hinton Lee Short; Counts 1-2 - Theft, Embezzlement or Misapplication by Bank Employee. (Attachment: # 1 Penalty Page) (tot,) (Entered: 01/28/2005) |
| 02/03/2005 | 2 | Praecipe for Summons filed by USA as to Hinton Lee Short (Vann, Gina) (Entered: 02/03/2005) |
| 02/04/2005 | 3 | (Court only) Summons Issued as to Hinton Lee Short Arraignment set for 2/16/2005 02:00 PM in Courtroom 3A before Magistrate Judge William |

| | | |
|---|---|---|
| | | E. Cassady. (srr, ) (Entered: 02/04/2005) |
| 02/10/2005 | 14 | Summons Returned Executed on 2/7/05. as to Hinton Lee Short (cmj, ) (Entered: 03/08/2005) |
| 02/16/2005 | | Minute Entry for proceedings held before Judge William E. Cassady :Arraignment and Initial Appearance as to Hinton Lee Short held on 2/16/2005 (FTR Digital Recording.) (eec, ) (Entered: 02/16/2005) |
| 02/16/2005 | 4 | (Court only) CJA 23 Financial Affidavit by Hinton Lee Short (clr, ) (Entered: 02/17/2005) |
| 02/16/2005 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER. Fred Tiemann for Hinton Lee Short appointed. Signed by Judge William E. Cassady on 2/16/05. (clr, ) (Entered: 02/17/2005) |
| 02/16/2005 | 6 | Order on Initial Appearance as to Hinton Lee Short. Deft released on COR . Signed by Judge William E. Cassady on 2/16/05. (clr, ) (Entered: 02/17/2005) |
| 02/16/2005 | 7 | Order on Arraignment as to Hinton Lee Short. Jury Selection set for 4/4/2005 08:45AM. Pretrial Motions due by 3/9/2005. Probation Conference set for 2/24/2005 11:00 AM with PO Bea Jones. Pretrial Conference set for 3/9/2005 09:00 AM in Chambers before Magistrate Judge William E. Cassady. Signed by Judge William E. Cassady on 2/16/05. (clr, ) (Entered: 02/17/2005) |
| 02/16/2005 | 8 | ORDER Setting Conditions of Release as to Hinton Lee Short . Signed by Judge William E. Cassady on 2/16/05. (clr, ) (Entered: 02/17/2005) |
| 02/25/2005 | 9 | MOTION to Continue in Interest of Justice by Hinton Lee Short. (Tiemann, Fred) (Entered: 02/25/2005) |
| 02/25/2005 | | REFERRAL OF 9 MOTION to Continue in Interest of Justice as to Hinton Lee Short to Judge Cassady (waiver of speedy trial signed by defendant has not been filed) NOTE: There is no image for this entry. (mab) (Entered: 02/25/2005) |
| 03/01/2005 | 10 | ORDER as to Hinton Lee Short, Dft's 9 Motion to Continue-Ends of Justice is GRANTED. Cause is CONTINUED to the 6/05 criminal term. Time excluded from 4/4/05 until 5/31/05. Signed by Judge William E. Cassady on 3/1/05. (copies to AUSA, Dft's Attny, Prob, P/T & USM on 3/1/05) (tot,) (Entered: 03/01/2005) |
| 03/01/2005 | | (Court only) Case reassigned to Judge Sonja F. Bivins as to Hinton Lee Short; Judge William E. Cassady no longer assigned to the case - See Doc. 10. (tot,) (Entered: 03/01/2005) |
| 03/01/2005 | 11 | Report on Probation Office Conference as to Hinton Lee Short (bkj, ) (Entered: 03/01/2005) |
| 03/03/2005 | 12 | MOTION to set deadline for the filing of pre-trial motions and notices by Hinton Lee Short. (Tiemann, Fred) (Entered: 03/03/2005) |

| | | |
|---|---|---|
| 03/04/2005 | | REFERRAL OF 12 MOTION to set deadline for the filing of pre-trial motions and noticesas to Hinton Lee Short to Judge Bivins (tot,) (Entered: 03/04/2005) |
| 03/07/2005 | 13 | ORDER, granting the 12 MOTION for Deadline to File Pre-trial Motions and Notices filed by Hinton Lee Short; setting jury trial for June 2005 criminal trial term, w/jury selection on May 31, 2005; setting pretrial motions deadline for April 4, 2005; and setting Pretrial Conference for 5/9/2005 at 9:00 AM in Chambers before Magistrate Judge Sonja F. Bivins. Signed by Judge Sonja F. Bivins on 03/07/2005. (mab) (Entered: 03/07/2005) |
| 03/07/2005 | | Reset Deadlines as to Hinton Lee Short: Pretrial Motions due by 4/4/2005. (mab) (Entered: 03/07/2005) |
| 03/07/2005 | | (Court only) ***Motions terminated as to Hinton Lee Short: 12 MOTION to set deadline for the filing of pre-trial motions and notices filed by Hinton Lee Short. (mab) (Entered: 04/04/2005) |
| 03/09/2005 | 15 | WAIVER of Speedy Trial by Hinton Lee Short (mab) (Entered: 03/10/2005) |
| 03/31/2005 | 16 | *SEALED* Petition/Order filed by Pretrial for Warrant as to Hinton Lee Short . Signed by Judge Sonja F. Bivins on 3/31/05. (cwr, ) (Entered: 03/31/2005) |
| 03/31/2005 | 17 | (Court only) Bench Warrant Issued as to Hinton Lee Short and given to USM for service. Hinton Lee Short (1) (cwr, ) (Entered: 03/31/2005) |
| 04/01/2005 | | Minute Entry for proceedings held before Judge Sonja F. Bivins :Bond Revocation Hearing as to Hinton Lee Short held on 4/1/2005 (Court Reporter FTR.) (mjn, ) (Entered: 04/01/2005) |
| 04/04/2005 | 18 | ORDER as to Hinton Lee Short re 16 Petition/Order on Prob/SRT that def's conditions of release be MODIFIED to allow def to be released to Mission of Hope treatment program when a space is available upon notification of Pretrial Services; Def is REMANDED into custody of the USM pending admission into the Mission of Hope; Signed by Judge Sonja F. Bivins on 4/1/05. (mjn, ) (Entered: 04/04/2005) |
| 04/25/2005 | 19 | Arrest Warrant Returned Executed on 3/31/05. in case as to Hinton Lee Short. (cwr, ) (Entered: 04/25/2005) |
| 05/09/2005 | 20 | Order on Pretrial Conference held on 5/9/05 as to Hinton Lee Short. Change of Plea Hearing set for 5/19/2005 at 09:30 AM in Courtroom 2B before Chief Judge Callie V. S. Granade. Plea agreement to be filed one full day prior to the guilty plea hrg. In the event Dft does not plead as set out, the following schedule is set, & the following issues & problems were identified: Stipulations: That the deposits of the United Bank of Monroeville, AL, are insured by the FDIC. Deft Conflicts: None. Govt Conflicts: None. Jury Selection before a Magistrate Judge consent form to be filed not later than 5/26/05. Action scheduled for trial during the term |

|            |     |                                                                                                                                                                                                                                                                                                                                                  |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | commencing 5/31/05. Jury Selection tentatively set for 5/31/2005 at 08:45 AM. ETT: 3 Days. Signed by Judge Sonja F. Bivins on 5/9/05. (copies to AUSA, Dft's Attny, Prob, P/T & USM on 5/9/05) (tot,) (Entered: 05/09/2005)                                                                                                                        |
| 05/09/2005 |     | Minute Entry for proceedings held before Judge Sonja F. Bivins :Pretrial Conference as to Hinton Lee Short held on 5/9/2005 (mjn, ) (Entered: 05/23/2005)                                                                                                                                                                                        |
| 05/18/2005 | 21  | Second MOTION to Continue *Plea Hearing* by Hinton Lee Short. (Tiemann, Fred) (Entered: 05/18/2005)                                                                                                                                                                                                                                              |
| 05/18/2005 | 22  | ORDER granting 21 Motion to Continue as to Hinton Lee Short, and RESCHEDULINGChange of Plea Hearing set for 5/25/2005 1:30 PM in Courtroom 2B before Chief Judge Callie V. S. Granade. Signed by Judge Callie V. S. Granade on 05/18/2005. (mab) (Entered: 05/18/2005)                                                                            |
| 05/20/2005 | 23  | NOTICE OF HEARING as to Hinton Lee Short: Change of Plea Hearing RESCHEDULED for 11:00 a.m. on 5/25/2005 in Courtroom 2B before Chief Judge Callie V. S. Granade. (mab) (Entered: 05/20/2005)                                                                                                                                                    |
| 05/25/2005 |     | Minute Entry for proceedings held before Judge Callie V. S. Granade:Change of Plea Hearing as to Hinton Lee Short held on 5/25/2005. Sentencing set for 8/25/05 at 1:30 p.m. (Court Reporter Roy Isbell) (mab) (Entered: 05/25/2005)                                                                                                              |
| 05/25/2005 | 24  | PLEA AGREEMENT as to Hinton Lee Short with factual resume filed in open court. (mab) (Entered: 05/25/2005)                                                                                                                                                                                                                                       |
| 05/25/2005 | 25  | Order on Guilty Plea entered. Hinton Lee Short Guilty Count 1. Court Reporter Roy Isbell. Sentencing set for 8/25/2005 at 1:30 PM in Courtroom 2B before Chief Judge Callie V. S. Granade. Presentence Investigation Report due 7/21/2005. Position with Respect to Sentencing Factors due 8/11/2005. Deft. to remain on COR. Signed by Judge Callie V. S. Granade on 05/25/2005. (Attachment: #(1) Standing Order No. 5) (mab) (Entered: 05/25/2005) |
| 07/21/2005 | 26  | (Court only) Criminal Fine Improvments Sheet as to Hinton Lee Short (bpf) (Entered: 07/21/2005)                                                                                                                                                                                                                                                  |
| 07/22/2005 | 27  | POSITION regarding sentencing factors filed by USA as to Hinton Lee Short without objections (Vann, Gina) (Entered: 07/22/2005)                                                                                                                                                                                                                  |
| 08/11/2005 | 28  | POSITION regarding sentencing factors by Hinton Lee Short Without Objections (Tiemann, Fred) (Entered: 08/11/2005)                                                                                                                                                                                                                               |
| 08/16/2005 | 29  | *SEALED* PRESENTENCE INVESTIGATION REPORT and Sentencing Recommendation as to Hinton Lee Short. (Attachments:, # 1 Addendum, # 2 Recommendation)(bpf) (Entered: 08/16/2005)                                                                                                                                                                      |
| 08/16/2005 | 30  | NOTICE OF HEARING as to Hinton Lee Short: TAKE NOTICE that the sentencing in the above-styled case has been set before Chief U.S. District Judge Callie V. S. Granade for THURSDAY, AUGUST 25, 2005 at 1:30                                                                                                                                      |

| | | |
|---|---|---|
| | | P.M. NOTE: As provided by Title 18 U.S.C. Section 3013, convicted persons are to be prepared to pay the special assessment at the time of sentencing. (mab) (Entered: 08/16/2005) |
| 08/24/2005 | 31 | NOTICE *of the Filing of Letters* by Hinton Lee Short (Attachments: # 1)(Tiemann, Fred) (Entered: 08/24/2005) |
| 08/25/2005 | 32 | NOTICE *of the Filing of Certificate and Letter* by Hinton Lee Short (Attachments: # 1)(Tiemann, Fred) (Entered: 08/25/2005) |
| 08/25/2005 | | Minute Entry for proceedings held before Judge Callie V. S. Granade: Sentencing held on 8/25/2005 for Hinton Lee Short, Imprisonment 24 months as to Count 2, w/recommendation to BOP that the defendant be imprisoned at an institution where a residential, comprehensive, substance abuse treatment program is available, and that deft. be imprisoned as close to his family as possible; SRT 5 years, w/special conditions imposed as set out in judgment; Restitution imposed in the amount of $134,829.00 to be paid as set out in judgment; SA $100.00. Dismissed on motion of the government. (Court Reporter Roy Isbell) (mab) (Entered: 08/25/2005) |
| 09/14/2005 | 33 | JUDGMENT as to Hinton Lee Short, Count 1 - Dismissed on motion of the government; Count 2 - Imprisonment: 24 months as to Count 2 w/recommendation to BOP that dft be imprisoned at an institution where a residential, comprehensive, substance abuse treatment program is available, & that dft be imprisoned as close to his family as possible; SRT: 5 years w/special conditions that (1) dft participate in a program of drug &/or alcohol testing & treatment as directed by the Prob Office; (2) that dft is prohibited from making major purchases, etc.; (3) that dft provide the Prob Office access to any requested financial information; & (4) that dft make restitution as set out; Restitution: $134,829.00 to United Bank to be paid as set out; SA: $100.00. Signed by Judge Callie V. S. Granade on 9/14/05. (copies to AUSA, Dft's Attny, Finance/USDC, Finance/USAO, Appeals, BOP, Prob, P/T & 2 cert. to USM on 9/14/05) (tot,) (Entered: 09/14/2005) |
| 11/14/2005 | 34 | Judgment Returned Executed as to Hinton Lee Short on 11/8/05 Deft. Voluntarily Surrendered to FPC Montgomery. (cwr, ) (Entered: 11/15/2005) |
| 09/13/2007 | 35 | *SEALED* Petition/Order filed by Probation for WARRANT as to Hinton Lee Short. Signed by Judge Kristi K. DuBose (for Judge Granade) on 8/31/07. (cwr) Modified on 9/13/2007 (cwr, ). (Entered: 09/13/2007) |
| 09/13/2007 | 36 | *SEALED* Probation Warrant Issued in case as to Hinton Lee Short and given to USM for service. Hinton Lee Short (1) (cwr) (Entered: 09/13/2007) |
| 11/14/2007 | 37 | Probation Jurisdiction Transferred to Middle District of Alabama as to Hinton Lee Short Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (cwr) (Entered: 11/14/2007) |

Case 2:07-cr-00277-WKW-TFM    Document 2    Filed 11/15/2007    Page 16 of 16